UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

BERNICE DELORES O'NEAL,
Debtor,

Case No. 19-26064

### MOTION TO STRIKE AGREED ORDER BETWEEN THE DEBTOR AND EXETER FINANCE LLC GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PREPOERTY HELD BY DEBTOR

Comes now Debtor, by and through counsel, and moves this Honorable Court to strike the agreed order between the Debtor and Exeter Finance LLC granting the motion to value and determine secured status of lien on personal property held by Debtor( DE #24: the "Order"), and in support of states as follows:

1. After the parties agreed on valuation of the vehicle in question, Debtor decided she no longer wanted the vehicle and wanted to surrender the vehicle back to the creditor.

2. Debtor has filed a 1st Amended Chapter 13 plan which lists the vehicle to be surrendered to Exeter Finance LLC.

3. Therefore, the agreed order entered into between the parties is no longer applicable since the vehicle will now be surrendered to the creditor under the 1st Amended Chapter 13 Plan.

Therefore, Debtor respectfully requests that the Court strike the Order.( DE#24).

Respectfully Submitted By:
Howard K. Butler, FBN 753041
Attorney For Debtor
The Butler Law Firm, P.A.
P.O. Box 450671
Sunrise, FL. 33345
Telephone: 954-797-5338
Service E-Mail Address: thebutlerlawfirmpa@gmail.com
By: /s/**Howard K. Butler, Esq.**
Florida Bar No. 753041